# EXHIBIT 1

7/4/25, 3:52 PM Invitation to Learn about Trajector Medical and the Legality of Medical Evidence Services, "AllVeteran Team" <team@outreach.allve…

Case 1:23-cv-00290-AW-HTC Document 107-1 Filed 07/18/25 Page 2 of 9





**From:** "AllVeteran Team" <team@outreach.allveteran.com>[Add to Address Book or Unsubscribe]
**To:** "Cliff Farrell" <clifff@ix.netcom.com>
**Subject:** Invitation to Learn about Trajector Medical and the Legality of Medical Evidence Services
**Date:** Jul 3, 2025 11:00 PM
**Attachments:** NOVA.pdf

Unsubscribe



Dear Cliff Farrell,

I am writing to you today as the Corporate Counsel for Trajector Medical, LLC, a medical evidence services company committed to supporting Veterans. We understand there has been some misinformation circulating regarding our services, and we welcome the opportunity to clarify our mission and operations. Our goal is to foster a collaborative relationship with accredited attorneys and agents, along with Veteran Service Organizations (VSOs) and their representatives, to ensure we can collectively continue to provide essential and beneficial services to Veterans who have honorably served our nation.

<u>Trajector Medical's Business</u>.

Trajector Medical is in the business of providing medical evidence to Veterans, along with others pursuing compensation or government benefits, for them to use in making a disability claim, in the case of Veterans, to the Department of Veterans Affairs (VA). The VA is unequivocally clear about what is required to establish service connection for a disability. The VA's own website states that ***a Veteran must provide evidence of a current condition, an in-service event, and a medical nexus linking the two.*** (https://www.va.gov/disability/eligibility/ (emphasis added).). These requirements are highly medical in nature. They often require the expertise of licensed medical professionals to provide a review or a probative medical opinion. This is in contrast to the services provided by attorneys, agents, and VSOs, who are legally prohibited from providing medical diagnoses or rendering medical opinions.

The NVLSP Veterans Benefits Manual states that having quality medical evidence is the "most important factor" to getting a favorable decision for the Veteran. It provides:

[A]lthough the VA is obligated to assist claimants in obtaining the evidence necessary to substantiate their claims, the VA's compliance track record is not good. The volumes of decisions by the Board of Veterans' Appeals (BVA) and the U.S. Court of Appeals for Veterans Claims are littered with thousands of cases in which the BVA or the Court was forced to remand the claim to the VA regional office (RO) because the RO had failed in its duty to assist the claimant."

…

Too many claimants have sat back and relied on the ROs to assist, only to be forced to appeal an RO denial to the BVA or the Court to obtain remand to get the RO to do what it should have done years earlier when the claim was first filed. … Many claimants have literally had to wait for years before the evidence that should have been obtained by VA at the outset is finally obtained.

…

There is no way to know beforehand what these VA-employed or VA contracted medical experts would conclude if they have a clean slate on which to write. But if the veteran already has, or can obtain from a private

7/4/25, 3:52 PM                    Invitation to Learn about Trajector Medical and the Legality of Medical Evidence Services - AllVeteranTeam <learn@outreach.allve...

Case 1:23-cv-00290-AW-HTC    Document 107-1    Filed 07/18/25    Page 4 of 9

physician, a medical diagnosis of the current medical condition and a medical opinion linking that current condition to the period of military service, and the veteran submits these documents with or shortly after the claim is filed, it will substantially increase the chance of success.

Veterans Benefits Manuel by NVLSP, 2024-2025 Edition.(1)

Trajector Medical operates exclusively in this medical evidence space. We provide medical evidence services that Veterans may use when pursuing their disability claims. Due to our professional medical experience and understanding of the VA rating criteria, we often are able to help Veterans understand their conditions and the condition's service-connection, helping Veterans to document disabilities that would have otherwise been missed.

We do not (i) prepare, present, or prosecute claims, (ii) complete VA claims forms, we do not file VA claims paperwork, (iii) represent Veterans nor apply law to facts, or (iv) we do not assist Veterans with their appeals. Trajector Medical's business model is not predatory or illegal, and we do not provide the same services that an accredited representative would provide a Veteran. To see and understand this for yourself, please take the time to review the materials provided as Attachment "A".

Medical evidence services are distinct from the services of an accredited representative. This is not just our opinion, it is shared by the VA's own legal leadership. The VA's Deputy Chief Counsel has explained that medical evidence services like those of Trajector Medical do not qualify as preparation, presentation, and prosecution of claims because medical evidence services are equivalent to expert testimony:

> [The VA] do[es] not consider the submission of medical evidence to be part of 'preparation, presentation, and prosecution' of a benefit claim. Medical evidence is created as part of, almost seen as, expert testimony, versus a claims preparer (an attorney, agent, or VSO representative) is an advocate on the Veteran's behalf. They are two separate roles, and they both play an important part in our VA system, but they are separate and distinct.

(March 29, 2023 Testimony of VA Deputy Chief Counsel, Christa Shriber, before the House Subcommittee on Disability Assistance and Memorial Affairs.)

Congress has affirmed this distinction, passing multiple laws that support this position and confirm the importance of private medical evidence in the VA disability benefits process, and you can read more on those laws in Attachment A.(2)

The "Claim Shark" Campaign and Related Activities

Over the past few years, there has been a campaign to call out bad actors in the VA disability space. These bad actors are violating federal regulations and acting as the Veterans' representatives without accreditation. In addition to preparing and filing claims in violation of the VA accreditation requirements, these bad actors, labeled as "Claim Sharks", are said to prey on Veterans using the following misleading or predatory practices:

- guarantee an increased disability rating or percentage increase;
- advertise expedited VA claims decisions;
- request login credentials to access a veteran's personal information through secure VA websites like eBenefits or VA.gov;

7/4/25, 3:52 PM  Invitation to Learn about Trajector Medical and the Legality of Medical Evidence Services - AllVeteranTeam - team@outreach.allve…

Case 1:23-cv-00290-AW-HTC   Document 107-1   Filed 07/18/25   Page 5 of 9

- impose predatory contracts; and
- tell veterans to forego VA medical examinations while offering consultations from their own network of doctors.

Trajector Medical does none of these listed activities. We encourage you to speak with our Veteran clients and ask them if Trajector Medical performed any of these listed activities. Alternatively, we invite you to reach out to us at the below contact information so we can discuss our business more in depth with you-show you what we do, how we comply with the law, and, most importantly, how we help Veterans.

Unfortunately, Trajector Medical has been falsely labeled as one of these Claim Sharks based on assumptions and misinformation. Most troubling is the evidence that the leaders of this campaign have been fully aware that their accusations against Trajector Medical are false. We have discovered evidence demonstrating that they knew our medical evidence services were legal, yet continued to intentionally direct their staff, members, and allies to tell Veterans and government policy makers that Trajector Medical is "predatory" and "illegal". These attacks harm our business and ultimately harm Veterans. Letters have already been sent by our attorneys to the Veterans of Foreign Wars (VFW) and National Organization of Veterans Advocates, Inc. (NOVA) informing them of their error and demanding that they cease making or disseminating these mischaracterizations. These letters are included as Attachments "C" and "D".

As a member of NOVA, you are probably aware of the communications, through trainings and webinars, from NOVA leadership regarding Claim Sharks and what to tell your clients when they ask about Claim Sharks. We are aware that NOVA has instructed its attorneys to tell their clients to breach their contracts with Trajector Medical and not pay for the medical evidence services we have provided to the Veterans to help them be successful before the VA when making a claim. These instructions seem to be the result of NOVA grouping Trajector Medical with unaccredited claims assistance companies, the Claim Sharks, even though NOVA is aware that the medical evidence services provided by Trajector Medical are legal and not predatory. As you can see in Attachment "D", NOVA leadership has been put on notice of these actions, and you should be aware of them as well.

Often though, when we speak with accredited agents or attorneys, we find they may have heard of Trajector Medical, including the label of being a Claim Shark, but they do not know what we do or the nature of the services we provide. When we are able to explain and show how we legally support Veterans with the critical medical evidence needed for successful claims, the image of a claim shark is dispelled and, in its place, is the realization that we are a trusted partner in the mission to ensure that Veterans receive the benefits they legally, medically and ethically deserve. We invite you to test this for yourself; have a conversation with us and make your own assessment of our business.

<u>Unlawful Coordinated Attack on Trajector Medical's Business Model</u>

While some of you receiving this letter may not be participating in, or may not even be familiar with, the Claim Shark campaign and related activities, unfortunately we have reason to believe that some of you may be engaging in conduct designed to interfere with Trajector Medical's ability to service its Veteran clients. Specifically, Trajector Medical is concerned that some recipients of this letter may be engaged in one or more of the following unlawful activities: (*i*) making or promoting false or misleading statements about Trajector Medical's services; (*ii*) actively

deterring prospective clients from engaging Trajector Medical; (*iii*) encouraging Trajector Medical's current clients to refuse to pay Trajector Medical and otherwise breach their contracts with Trajector Medical; and (*iv*) colluding with Veterans' Service Organizations and law firms to participate in these unlawful acts in an anticompetitive effort to drive Trajector Medical and similar services out of business. Such conduct would violate numerous state and federal laws.

*First*, making false or misleading statements regarding Trajector Medical's business practices constitutes defamation *per se*. *See Jews For Jesus, Inc. v. Rapp*, 997 So. 2d 1098, 1108–09 (Fla. 2008) (a false statement that "injures [a plaintiff's] business or reputation or occupation" is defamatory); *see also Fun Spot of Fla., Inc. v. Magical Midway of Cent. Fla., Ltd.*, 242 F. Supp. 2d 1183, 1197 (M.D. Fla. 2002) (citing *Campbell v. Jacksonville Kennel Club*, 66 So. 2d 793 (Fla. 1953)) (a false statement that "imputes to another conduct, characteristics, or a condition incompatible with the proper exercise of his lawful business, trade, profession or office is slander *per se*"). Making false statements that are designed to interfere with Trajector Medical's business would subject you to *both* compensatory and punitive damages. *See Bailey v. St. Louis*, 196 So. 3d 375, 382 (Fla. Dist. Ct. App. 2016) (awarding punitive damages where defendant made defamatory comments about plaintiff's business without investigating truth).

*Second*, it is illegal to tortiously interfere with Trajector Medical's client relationships. Dissemination of false information about the legality of Trajector Medical's services to Trajector Medical's current and prospective customers may confuse the Veterans that Trajector Medical serves, cause them financial harm, and disrupt their receipt of medical evidence services from Trajector Medical. This has caused significant financial harm to Trajector Medical. This conduct would give rise to liability for tortious interference. *See, e.g., Onemata Corp. v. Arefin*, 2024 WL 3666091, at *1–2 (11th Cir. Aug. 6, 2024) (awarding $2 million for an intentional and unjustified interference with plaintiff's business); *see also Assured Partners of Missouri, LLC v. Bauer*, 2024 WL 5056348, at *3 (E.D. Mo. Dec. 10, 2024) (tortious interference where defendant "knew about [plaintiff's] business expectancy, used improper means to interfere with that expectancy, and lacked justification to do so").

*Third*, participating in agreements or associations with others to defame and tortiously interfere with Trajector Medical's business raises concerns about a civil conspiracy and anticompetitive behavior. Such actions ultimately harm not only businesses like Trajector Medical – but consumers as well – by aiming to eliminate an entire class of competition. This conduct would constitute a civil conspiracy and a violation federal and state antitrust laws for which you may be held liable. *See, e.g., Cordell Consultant, Inc. Money Purchase Plan and Trust v. Abbott*, 561 Fed. Appx. 882, 886 (11th Cir. 2014) (agreement to engage in unlawful act gives rise to civil conspiracy claim); *Precision Rx Compounding, LLC v. Express Scripts Holding Co.*, 2016 WL 4446801, at *2 (E.D. Mo. Aug. 24, 2016) (claim stated under federal and state antitrust laws where court could "infer the existence of an agreement from consciously parallel conduct").

If you are participating in any of the unlawful actions described above, your unlawful conduct must stop immediately. Trajector Medical requests that you:

1. **Permanently cease and desist from making public statements or issuing internal guidance that inaccurately depicts Trajector Medical or the legality**

of private medical evidence services, including by removing all references to, and otherwise stop labeling Trajector Medical as, a "Claim Shark," or characterizing Trajector Medical and its services as predatory, illegal, misleading, or fraudulent;

2. For all future public statements or internal guidance on "Claim Sharks" or similar characterizations, make an explicit call-out that Trajector Medical and similar private medical evidence services companies who do not prepare, present or prosecute claims are NOT Claim Sharks;

3. Permanently cease and desist from interfering with Trajector Medical's current or prospective business relationships, including by discouraging Veterans from using Trajector Medical's services or telling Veterans that they are not required to fulfill their contractual obligations to Trajector Medical; and

4. Permanently cease and desist from coordinating with others to interfere with Trajector Medical's business through any of the above-described conduct or any other means.

Given the possibility of litigation relating to these issues, to the extent you are engaged in any of the above conduct you are on notice of your legal duty to inform your staff to preserve all documents potentially relevant to the foregoing claims, including but not limited to (*i*) all documents, emails, text messages, and other communications that mention or refer to Trajector Medical, or medical evidence services; (*ii*) all records of guidance provided to your officers, employees, or affiliates regarding private medical evidence services; (*iii*) all agreements, financial transactions, referral arrangements, or communications with law firms or other entities regarding Veteran services; (*iv*) all records of lobbying efforts or legislative initiatives related to private medical evidence services; (*v*) all public statements, marketing materials, or social media posts related to Trajector Medical or similar service providers; and (*vi*) all recordings of meetings that reference Trajector Medical or similar service providers, including meetings occurring on Zoom, Teams, or other videoconferencing platforms, and all related notes taken by the attendees.

As you may know, Trajector Medical is currently defending itself from what it believes is a baseless lawsuit and is not interested in pursuing its own litigation against the recipients of this letter who have taken illegal actions against Trajector Medical. The best path forward is discussion outside of the public courts.

We invite you to contact us to begin a more detailed dialogue. Other parties, including a top firm in this space, are starting to come forward with corroborating information and have settled this issue with Trajector Medical. We invite you to settle outside of court as well and are willing to give a full release of liability if you do so. Please advise us of your earliest availability to discuss, or confirm in writing to LegalDepartment@TrajectorMedical.com, no later than July 20, either (*i*) that you do not engage in any of the above-described unlawful conduct and that you will not engage in such conduct going forward, or (*ii*) that while you do engage in the above-described unlawful conduct, you will immediately stop.

Where Do We Go from Here

7/4/25, 3:52 PM  Invitation to Learn about Trajector Medical and the Legality of Medical Evidence Services - AllVeteranTeam - team@outreach.alive...

Case 1:23-cv-00290-AW-HTC   Document 107-1   Filed 07/18/25   Page 8 of 9

We understand that many receiving this letter have not engaged in the above-described unlawful conduct and have no intention of doing so. That is great, and we hope this letter does not seem like a threat to you and you will understand that we are just trying to protect our business and the services we provide to Veterans.

Our main purpose in sending this letter is to present the relevant facts and legal authorities so that you can better understand our business. We know that after years of the Claim Shark campaign, which mistakenly lumped us in with predatory actors, you may have a strong bias against us. But we hope that you give us a chance to explain the value that Trajector Medical and its medical evidence services provide to Veterans. We believe there is a path forward for the accredited agents and attorneys, VSO representatives, and the medical evidence services companies to work together to fully support Veterans and, at the same time, identify the true bad actors in the space and take effective steps to protect Veterans from their predatory and illegal practices.

With this in mind, we propose that you review the attached and [obscured] importance of medical evidence. Then reach out if you would like to discuss further by emailing us at LegalDepartment@TrajectorMedical.com.

We believe the Veteran community is best served when ethical attorneys, agents, and medical evidence providers can all thrive. We would like to focus on our mission of supporting Veterans with medical evidence services instead of dealing with distractions such as fighting misinformation and misguided attacks. We hope that you will give us a chance to do just that.

This letter is sent without prejudice to any of Trajector Medical's rights, remedies, and arguments, all of which are expressly reserved.

Sincerely,

*Casey Thompson*

Casey Thompson
Corporate Counsel, Trajector Medical

1. Included as Attachment "B" to this letter.
2. There is also a recent decision from the Third Circuit Court of Appeals in *Veterans Guardian VA Claim Consulting, LLC v. Matthew J. Platkin*, No. 24-1097 (April 1, 2025) which establishes that laws restricting a medical service provider from engaging with Veterans and charging a fee would almost certainly be unconstitutional under the First Amendment. A copy of the opinion can be found at https://www.trajectormedical.com/know-the-facts/.

Our e-mail address is:
LegalDepartment@TrajectorMedical.com

Want to change how you receive these emails?
You can unsubscribe from this list.

5950 NW 1st Pl Suite 200, Gainesville, FL 32607

7/4/25, 3:52 PM — Invitation to Learn about Trajector Medical and the Legality of Medical Evidence Services, "A Veteran Team" <team@outreach.alive...

Case 1:23-cv-00200-AW-HTC   Document 107-1   Filed 07/18/25   Page 9 of 9



