UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| WARRIORS AND FAMILY ASSISTANCE CENTER LLC, TONYA PRICE, MANRING & FARRELL ATTORNEYS AT LAW, and CLIFFORD FARRELL, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRAJECTOR MEDICAL LLC f/k/a VET COMP & PEN MEDICAL CONSULTING LLC, <br><br> *Defendant*. | Case No: 1:23–cv–290–AW–HTC |

**DECLARATION OF TYLER LEONARD
IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

I, Tyler Leonard, in opposition to Plaintiffs' Motion for Leave to Amend, hereby declare as follows:

1. I make this Declaration based on personal knowledge and through my employment as the Chief Information Officer ("CIO") of Trajector Medical, LLC ("Trajector Medical"). I have served as Trajector Medical's CIO since 2023. As CIO, I am responsible for overseeing the company's information technology systems, data management, cybersecurity, and overall technology strategy. In this

capacity, I manage the development, implementation, and maintenance of the company's hardware, software, network infrastructure, and data systems that support business operations, including managing relationships with technology vendors, service providers, and consultants.

2. Based on my role and responsibilities at Trajector Medical, I am familiar with Trajector Holdings, LLC ("Trajector Holdings") (the parent company of Trajector Medical), and its subsidiaries and affiliates.

3. I understand that, through their Motion to Amend, Plaintiffs seek to expand the beginning of the class period from December 4, 2020 to December 4, 2019.

4. Over the years, Trajector Medical has periodically upgraded the technological systems its employees use to conduct business and store work product. The email systems that are currently in use at Trajector Medical contain emails dating back to September 2023. Records of any emails sent prior to that date, if available, are stored in outdated legacy systems. Based on discovery efforts in this litigation, I understand that mass extraction of email data from these legacy systems is a technologically complex and burdensome process. Determining what data may be extracted requires locating individuals with specific subject-matter expertise. It is also my understanding, based on recent discovery efforts, that specific search terms cannot be run across all the data in these legacy

systems, and reliably identifying emails from a specific date range might not be possible.

5. Collecting additional available email data from these legacy databases would require Trajector Medical to remove one or more employees from their ordinary job duties to assist with a complex collection process for an unknown period of time, depending on the scope and scale of the collection, among other variables. This would create an additional burden on the business both in terms of human resource strain and financial costs.

6. Based on the burdens that the company has currently undertaken in connection with discovery associated under the operative class period, adding an additional year from which to search and collect emails in these legacy systems would further increase the burden on the business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed in Orem, Utah on October 24, 2025.

_____
Tyler Leonard