UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| WARRIORS AND FAMILY ASSISTANCE CENTER LLC, TONYA PRICE, MANRING & FARRELL ATTORNEYS AT LAW, and CLIFFORD FARRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRAJECTOR MEDICAL LLC f/k/a VET COMP & PEN MEDICAL CONSULTING LLC,<br><br>*Defendant*. | Case No: 1:23–cv–290–AW–HTC |

## DECLARATION OF KEVIN FRAIN
## IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND

I, Kevin Frain, in opposition to Plaintiffs' Motion for Leave to Amend, hereby declare as follows:

1. I make this Declaration based on personal knowledge and through my employment as the Chief Financial Officer ("CFO") of Trajector Medical, LLC ("Trajector Medical"). I have served as Trajector Medical's CFO since 2021. As CFO, I am responsible for overseeing the company's overall financial management and strategy, including supervising the preparation and accuracy of financial

statements, budgets, forecasts, and other financial reports. I also oversee accounting, audit, treasury, and tax functions, and ensure that the company's financial practices comply with applicable laws, regulations, and accounting standards.

2. Based on my role and responsibilities at Trajector Medical, I am familiar with Trajector Holdings, LLC ("Trajector Holdings") (the parent company of Trajector Medical), its subsidiaries and affiliates, and companies with which it has contractual relationships or other business dealings.

3. I understand that, through their Motion to Amend, Plaintiffs seek to add as a defendant Ampry Holdings, LLC. Ampry Holdings, LLC is a holding company that does not conduct any business.

4. I understand that, through their Motion to Amend, Plaintiffs seek to add as a defendant Globaltek BPO LLC. Globaltek BPO LLC is a holding company that does not conduct any business.

5. I understand that, in connection with their Motion to Amend, Plaintiffs have filed under seal an exhibit containing Trajector Holdings' financial information. Trajector Holdings retained KPMG beginning in 2020 to prepare annual consolidated financial statements for Trajector Holdings and its subsidiaries. These consolidated financial statements are not shared outside of the business, except as required to be shared with outside counsel and financial

professionals, because they contain highly sensitive, detailed information regarding the finances of Trajector Holdings and its subsidiaries. Certain information within these consolidated financial statements is considered trade secret by the company; therefore, distribution of these documents is strictly limited to those with a legitimate need to know the information contained in them.

6.  The consolidated financial statements contain specific, nonpublic data concerning the revenues, expenses, and investment allocations of Trajector Holdings, not a party to this case, and its subsidiaries, also not parties to this case with the exception of Trajector Medical. The overwhelming majority of Trajector Holdings' subsidiaries are not germane to any aspect of this litigation. Disclosure of the consolidated financial statements would reveal, for example, how much the company spends on marketing and advertising (revealing competitive strategy and market targeting); how much is invested in technology and development projects (revealing investment priorities and innovation pipelines); how much is spent on back-office support and where such long-term investments are made (revealing business, tax, and investment strategies); the capital structure of Trajector Holdings and its subsidiaries, including credit lines and loan arrangements (giving rise to inferences about the overall financial health and vulnerability of those entities); and breakdowns of cost structures, margins, and profit centers (revealing how and where the business segments earn profit). This information is not publicly

available, is known only to a limited number of senior employees, and is maintained under strict confidentiality.

7. If competitors had access to this information, they could use these data points to infer Trajector Holdings' strategic priorities, budgetary allocations, and cost structures, which would materially disadvantage the company in the marketplace, including by potentially allowing new or existing competitors to "reverse engineer" successful business models that business segments created and have been fine-tuning for years.

8. Additionally, if vendors, suppliers, or other business partners gain insight into confidential information about margins, cash flow, and spending patterns, they could demand higher prices, less favorable contract terms, or otherwise seek to exploit that knowledge to the detriment of Trajector Holdings and its subsidiaries.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed in Rutherford, New Jersey on October 24, 2025.

_____
Kevin Frain