IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARRIORS AND FAMILY
ASSISTANCE CENTER LLC, et al.,

    Plaintiffs,

v.                                       Case No. 1:23-cv-290-AW-HTC

TRAJECTOR MEDICAL LLC f/k/a
VET COMP & PEN MEDICAL
CONSULTING, LLC,

    Defendant.
_____/

## ORDER GRANTING STAY

Defendant's motion to stay (ECF No. 132), which is unopposed in part, is GRANTED. The matter is currently stayed. The parties disagree about the appropriate length of the stay, and the court will address that issue later.

SO ORDERED on November 21, 2025.

                                            s/ *Allen Winsor*
                                            Chief United States District Judge