**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

<table>
<tr>
<td>

**WARRIORS AND FAMILY ASSISTANCE CENTER LLC, TONYA PRICE, MANRING & FARRELL ATTORNEYS AT LAW, AND CLIFFORD FARRELL, individually and on behalf of all others similarly situated,**

       **Plaintiffs,**

**v.**

**TRAJECTOR MEDICAL, LLC,**

       **Defendant.**

</td>
<td>

**Case No: 1:23–cv–290–AW–HTC**

**CLASS ACTION**

</td>
</tr>
</table>

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Warriors and Family Assistance Center LaLC, Tonya Price, Manring & Farrell Attorneys at Law, and Clifford Farrell, on the one hand, and Defendant Trajector Medical, LLC, on the other hand, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all claims in the above-captioned action are dismissed with prejudice, with each side bearing its, his, or her own costs and fees.

**SO STIPULATED.**

Dated: February 18, 2026                    Respectfully Submitted,

| **DEBEVOISE & PLIMPTON LLP** | **VARNELL & WARWICK, P.A.** |
|---|---|
| By: /s/ *Jared I. Kagan* <br> Megan K. Bannigan (pro hac vice) <br> Jared I. Kagan (pro hac vice) <br> Timothy Cuffman (pro hac vice) <br> Alessandra G. Masciandaro (pro hac vice) <br> Jennifer M. Romero (pro hac vice) <br> mkbannigan@debevoise.com <br> jikagan@debevoise.com <br> tcuffman@debevoise.com <br> amasciandaro@debevoise.com <br> jmromero@debevoise.com <br> 66 Hudson Boulevard <br> New York, New York 10001 <br> Telephone: 212.909.6000 <br><br> **KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.** <br><br> Frederick S. Wermuth <br> (Fla. Bar No. 0184111) <br> 25 E. Pine St. <br> P.O. Box 1631 <br> Orlando, FL 32802-1631 <br> Telephone: (407) 422-2472 <br> Facsimile: (407) 648-0161 <br> fwermuth@kbzwlaw.com | /s/ Christopher J. Brochu <br> Christopher J. Brochu; FBN: 1013897 <br> Brian W. Warwick; FBN: 0605573 <br> Janet R. Varnell; FBN: 0071072 <br> 400 N. Ashley Drive, Suite 1900 <br> Tampa, FL 33602 <br> Telephone: (352) 753-8600 <br> cbrochu@vandwlaw.com <br> bwarwick@vandwlaw.com <br> jvarnell@vandwlaw.com <br> ckoerner@vandwlaw.com <br><br> **HANDLEY FARAH & ANDERSON PLLC** <br><br> William H. Anderson (*pro hac vice)* <br> 5353 Manhattan Circle, Suite 204 <br> Boulder, CO 80303 <br> Telephone: (303) 800-9109 <br> wanderson@hfajustice.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: _____**          _____
                                        **ALLEN C. WINSOR**
                                        **U.S. District Court Judge**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Christopher J. Brochu
Christopher J. Brochu